IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DR. HAROLD M. BROWN,  :

    Plaintiff,

    v.  :    Case No. 3:13-cv-404

MIAMI VALLEY MOVING AND  :    JUDGE WALTER H. RICE
STORAGE, INC., *et al.*,

    Defendants.  :

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT BEKINS
VAN LINES, INC. AND DEFENDANT WHEATON WORLDWIDE
MOVING AND STORAGE'S PARTIAL MOTION TO DISMISS
PLAINTIFF'S COMPLAINT AND DEFENDANT MIAMI VALLEY MOVING
AND STORAGE AND DEFENDANT RICHARDSON MOVING AND
STORAGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DOC.
#9)

---

In light of the filing of the First Amended Complaint on May 16, 2014 (Doc.

#15), the Court OVERRULES AS MOOT Defendant Bekins Van Lines, Inc. and

Defendant Wheaton Worldwide Moving and Storage's Partial Motion to Dismiss

Plaintiff's Complaint and Defendant Miami Valley Moving and Storage and

Defendant Richardson Moving and Storage's Motion To Dismiss Plaintiff's

Complaint (Doc. #9).


Date: May 23, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE